FILED
NOV 16 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 3:07CR292-MEF |
| v. ) | [21 USC 843(b)] |
| ) | |
| LEAH O'NEAL ) | INDICTMENT |
| ) | |

The Grand Jury charges:

## COUNT 1

That on or about November 30, 2004, in Macon County, within the Middle District of Alabama and elsewhere,

LEAH O'NEAL,

defendant herein, did knowingly and intentionally use a communication facility, to-wit: the United States mail, in committing and causing and facilitating the possession with the intent to distribute and distribution of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 843(b).

A TRUE BILL:

_/s/_
Foreperson

_/s/ Leura G. Canary_
LEURA G. CANARY
United States Attorney

_/s/ Verne H. Speirs_
Verne H. Speirs
Assistant United States Attorney