IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

| | |
|---|---|
| United States of America | 2008 APR 16  P 1: 38 |
| | * |
| v. | *   Case No. 3:07cr292-MEF |
| | * |
| Leah O'Neal. | * |

UNOPPOSED MOTION TO CONTINUE

Comes now the undersigned counsel and files this his Unopposed Motion to Continue on behalf of the Defendant in the above-styled cause and shows to the Court as follows:

1. This matter is set for trial on April 28, 2008 in Opelika, Alabama.

2. The Defendant in this matter has applied to the United States Attorney for Pretrial Diversion consideration. As of this date the United States Attorney has not made a decision on the Defendant's request.

3. The undersigned counsel has spoken with the Defendant about this request for a continuance and she approves and authorizes this request and specifically waives any speedy trial issues associated with this request for continuance.

4. The undersigned has also spoken with the Assistant United States Attorney assigned to this case and he concurs with and does not oppose this request for a continuance.

Wherefore; the Defendant in this matter, by and through her counsel of record, respectfully requests that the trial of this matter be continued pending a decision on her request for Pretrial Diversion.

Respectfully submitted this _16th_ day of _April_, 2008.

_/s/ Russell T. Duraski_
Russell T. Duraski (DUR007)
Attorney for Defendant
6332 Woodmere Blvd.
Montgomery, Alabama 36117
Telephone: (334) 260-9733
FAX: (334) 260-9735
email: duraskilaw@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 16th day of April, 2008.

                                          Russell T. Duraski (DUR007)
                                          Attorney for Defendant

Verne Spiers, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama  36101-0197