IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2008 JUL 24  A 9: 42

United States of America    *

v.                          *    Case No. 3:07cr292-MEF
                            *
Leah O'Neal.                *

## UNOPPOSED MOTION TO CONTINUE

Comes now the undersigned counsel and files this his Unopposed Motion to Continue on behalf of the Defendant in the above-styled cause and shows to the Court as follows:

1. This matter is set for trial on August 11, 2008 in Opelika, Alabama.

2. The Defendant in this matter has been granted Pretrial Diversion status by the United States Attorney on July 22, 2008.

3. The undersigned counsel has spoken with the Defendant about this request for a continuance and she approves and authorizes this request and specifically waives any speedy trial issues associated with this request for continuance.

4. The undersigned has also spoken with the Assistant United States Attorney assigned to this case and he concurs with and does not oppose this request for a continuance.

Wherefore; the Defendant in this matter, by and through her counsel

of record, respectfully requests that the trial of this matter be continued pending a decision on her request for Pretrial Diversion.

Respectfully submitted this 24th day of July, 2008.

Russell T. Duraski (DUR007)
Attorney for Defendant
6332 Woodmere Blvd.
Montgomery, Alabama 36117
Telephone: (334) 260-9733
FAX: (334) 260-9735
email: duraskilaw@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this ____ day of July_____, 2008.

_____
Russell T. Duraski (DUR007)
Attorney for Defendant

Verne Spiers, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama  36101-0197